# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

**David E. Patton**
*Executive Director and Attorney-in-Chief*

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 18 2019 ★

BROOKLYN OFFICE

**Deirdre D. von Dornum**
*Attorney-in-Charge*

Honorable Nicholas G. Garaufis
United States Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

April 17, 2019

Re: *United States v. Patrick McDonnell, 19 CR 148 (NGG)*

Your Honor:

    I represent Mr. McDonnell, who is charged with nine counts of wire fraud in violation of 18 U.S.C. § 1343.

    The parties are scheduled to appear for an initial status conference on April 25, 2019. After conferring with both my client and the government, I respectfully request the appearance be continued until May 10, 2019. I am scheduled to be out of the country on April 25 and the parties are engaging in plea negotiations. If the parties were to appear, we would simply seek a continuance.

    The government has no objection to this request. The parties also jointly request time be excluded from the "speedy trial clock" in the interests of justice.

Very Truly Yours,
/s/
Michael D. Weil
(718) 407-7413

cc: AUSA Hiral Mehta

*[Handwritten order:]* Application granted. Time is excluded under the Speedy Trial Act on consent of the parties in the interests of justice for the reasons identified above. So ordered.

s/Nicholas Garaufis
4/18/19